Rebecca ROLFES, an individual, and all others similarly situated, Appellant,

v.

MBNA AMERICA BANK, N.A., an enterprise affecting interstate commerce; Clifton Rodenburg, an individual predicate actor in schemes violating federal laws providing that fraud and extortion are malum in se offenses; Donald W. Kallenberger, an individual predicate actor in schemes violating federal laws providing that fraud and extortion are malum in se offenses; Lee D. Anderson, an individual predicate actor in schemes violating federal laws providing that fraud and extortion are malum in se offenses, Appellees.

No. 05–4169.

United States Court of Appeals, Eighth Circuit.

Submitted: March 7, 2007.

Filed: March 27, 2007.

Rebecca Rolfes, Mitchell, SD, pro se.

Jill N. Brown, Wolpoff & Abramson, Minnetonka, MN, Clifton Rodenburg, Johnson & Rodenburg, Fargo, ND, Donald W. Kallenberger, Eureka, SD, Brent A. Wilbur, Neil K. Fulton, May & Adam, Pierre, SD, for Appellees.

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

**614**

[UNPUBLISHED]

PER CURIAM.

Rebecca Rolfes appeals the district court's[1] dismissal of her civil complaint. Having conducted de novo review of the dismissal, and having accepted the facts in the complaint as true and construing them in Rolfes's favor, *see Springdale Educ. Ass'n v. Springdale Sch. Dist.*, 133 F.3d 649, 651 (8th Cir.1998), we find the district court's analysis to be thorough and well-reasoned, and we reject Rolfes's arguments for reversal. Accordingly, we affirm. *See* 8th Cir. R. 47B.

---

1. The Honorable Lawrence L. Piersol, United States District Judge for the District of South Dakota.